B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Melvin W Dwyer                              ,          Case No.  15-28747

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Home Point Financial Corporation | Stonegate Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
4849 Greenville Avenue, Suite 800
Dallas, TX 75206
Phone:
Last Four Digits of Acct #:  4786

Court Claim # (if known):  6-1
Amount of Claim:  $132,550.75
Date Claim Filed:  02/08/2016

Phone:
Last Four Digits of Acct. #:  4786

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179
Phone:
Last Four Digits of Acct #:  4786

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile            Date:  07/24/2017
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.